UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID E. DELGROSSO,<br><br>Defendant. | MAGISTRATE CASE NO. _____<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. § 1470 - Sending Obscene Material to a Minor |

The undersigned Complainant, being duly sworn, states:

### Count 1

On or about October 3, 2009, within the Southern District of California, the defendant DAVID E. DELGROSSO, did knowingly use the Internet, a facility of interstate commerce, to intentionally transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending an e-mail on myyearbook.com which depicted an adult male exposing his erect penis to T.M., a girl he believed was 14 years old; in violation of Title 18, United Stares Code, Section 1470.

### Count 2

On or about October 3, 2009, within the Southern District of California, the defendant DAVID E. DELGROSSO, did knowingly use the Internet, a facility of interstate commerce, to intentionally transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending an e-mail on myyearbook.com which depicted an adult male exposing his erect penis to M.V., a girl he believed was 15 years old; in violation of Title 18, United Stares Code, Section 1470.

### Count 3

On or about December 5, 2009, within the Southern District of California, the defendant DAVID E. DELGROSSO, did knowingly use the Internet, a facility of interstate commerce, to intentionally transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such

other individual had not attained the age of 16 years, by sending an e-mail on myyearbook.com which depicted an adult male exposing his erect penis to M.M., a girl he believed was 14 years old; in violation of Title 18, United Stares Code, Section 1470.

## Count 4

On or about December 5, 2009, within the Southern District of California, the defendant DAVID E. DELGROSSO, did knowingly use the Internet, a facility of interstate commerce, to intentionally transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending an e-mail on myyearbook.com which depicted an adult male exposing his erect penis to I.L., a girl he believed was 15 years old; in violation of Title 18, United Stares Code, Section 1470.

## Count 5

On or about December 15, 2009, within the Southern District of California, the defendant DAVID E. DELGROSSO, did knowingly use the Internet, a facility of interstate commerce, to intentionally transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending an e-mail on myyearbook.com which depicted an adult male exposing his erect penis to J.G., a girl he believed was 14 years old; in violation of Title 18, United Stares Code, Section 1470.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Susan Righthouse
Special Deputy, USMS

Sworn to me and subscribed in my presence this 9th day of February, 2010.

HONORABLE NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a peace officer employed by the San Diego Police Department (SDPD) and have been so employed for twenty (20) years. I have been Cross Sworn as a Special Deputy United States Marshal. I am currently assigned to the San Diego Internet Crimes Against Children (ICAC) Taskforce, and have been so assigned for approximately four (4) years. My duties include the investigation of cases involving the use of computers and the Internet to commit violations of child pornography, child prostitution, and other crimes against children. Prior to this assignment, I was assigned to the San Diego Police Child Abuse Unit, where I worked for six (6) years. There, my duties included investigating allegations of physical, sexual and mental abuse to children, fourteen (14) years and under.

During my career I have investigated, or been a part of, over 400 cases involving child sexual abuse. In addition to the basic law enforcement academy and annual in-service training, I have also received formal and informal training in the areas of child sexual abuse and exploitation, child physical abuse, and investigations of computer crimes. Courses of instruction have included but are not limited to, Child Abuse/Sexual Assault Investigations, Sex Crime Investigations, Investigating Computer Facilitated Crimes Against Children, Computer Investigation of Websites, Commercial Child Pornography Website Investigation, Understanding the Internet Technologies Used to Exploit Children, Pedophilia and Child Molestation, and Offender Characteristics. I have personally participated in the execution of multiple search warrants involving the search and seizure of computer equipment.

MyYearbook.com is a social networking service located in New Hope, Pennsylvania. A social network service focuses on building and reflecting social networks or social relationships among people who share interests and/or activities. A social network service essentially consists of a representation of each user (often a profile), his/her social links, and a variety of additional services. Most social network services are web based and provide various ways for users to interact, such as e-mail and messaging services.

When a person uses MyYearbook.com, certain pieces of information are maintained by MyYearbook. This information includes the user's name, birthday, gender, e-mail address, registration Internet Protocol Address, hereinafter referred to as IP, and date the account was created. Users have

the option of populating their personal profile with additional information such as phone numbers and addresses. Other than the IP address and email address, this information is populated by the user and does not have to be accurate.

Between November 13, 2009, and January 21, 2010, I have received seven CyberTips from the National Center for Missing and Exploited Children (NCMEC). Specifically, Don Eyer, the Vice President of Safety for MyYearbook.com, reported to NCMEC that a user of the site MyYearbook.com had been sending images of a male penis to numerous under-aged girls. In the initial seven CyberTips, 16 under-aged victims were identified. In each instance, the person who sent the penis pictures operated a profile in which he claimed to be "Mike Lopez."

In the NCMEC reports I received, Don Eyer supplied the IP address of the person who sent pictures of a penis on October 3, 2009, October 8, 2009, October 26, 2009, October 28, 2009, and October 29, 2009. Special Agent Renee Green of the FBI sent an administrative subpoena to Cox Cable at the end of November 2009 for subscriber information on those IP addresses. Cox Cable responded that those IP addresses returned to: David Delgrosso, 3833 Midway Drive #212, San Diego, Ca 92110. Cox Cable also stated that the subscriber's social security address ended in "6719."

MyYearbook.com maintains certain log files pertaining to the posting of images and e-mail messages. These log files contain the dates, times and IP addresses of the person posting to the account.

Based on the initial reports by MyYearbook.com to NCMEC, I sent two California State Search Warrants (#38449 & 38504) to MyYearbook.com for additional log files and other information related to profiles for "Mike Lopez." In response to the warrants, Don Eyer provided a CD/DVD that included approximately 2,165 pages of message logs between a user named "Mike Lopez" and girls under the age of 18 years.

The person who used the name "Mike Lopez" operated at least five profiles on MyYearbook.com. I believe all of the 'Mike Lopez' profiles to be operated by David E. Delgrosso because of the following reasons:

1. All of the profiles used the same name of 'Mike Lopez'.
2. All of the public myyearbook.com profile names were 'Dave Dude'.

4

3. The location of the user all indicated 'San Diego, CA 92110'.

4. Many of the e-mails used by 'Mike Lopez' were very similar in nature ie: davedude63156@gmail.com, davedude63154@gmail.com, davedude63153@gmail.com, davedude63152@gmail.com.

5. All of the IP addresses that we have been able to verify are registered by David DelGrosso.

6. The suspect only used approximately six penis pictures to send to the numerous victims.

7. One of the Mike Lopez user accounts on MyYearbook.com used an e-mail address of d.delgrosso@hotmail.com

8. One of the Mike Lopez user accounts on MyYearbook.com used a password of 'outatsea3'. This led me to believe the user may be in the military. I requested Special Agent Christiana Huntzinger of the Naval Criminal Investigative Service to check military records for a David Delgrosso. She ran a DEIDS (Department of Defense Employee Interactive Data System) Report and a Military Locater System Report. Both of those reports verified an active duty member by the name of David E. DelGrosso with a social security number of 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. Based on the information supplied by SA Huntzinger, the suspect is 23 years old with a birth date of 07/19/86.

9. I confirmed with officials working with the United States Postal Service that the only person receiving mail at 3833 Midway Drive #212, San Diego, CA 92110 is David DelGrosso.

Based on the 2,165 pages of message logs provided by MyYearbook.com, I identified in excess of 100 female victims under 18 years old with whom the suspect had sexual conversations, sent photographs of an adult male penis, and/or encouraged the victims to produce and send nude photographs of themselves. I have reviewed the profiles for these girls, and in each profile, the girl claims to be under 18. In addition, I and other law enforcement officers are working to contact the girls who received a penis picture. I have personally spoken with family members of several of the girls, and I have verified their age and identity.

The following are brief summaries of the interactions between DelGrosso and a small portion of the 100 victims. This information is based on the 2,165 pages of message logs.

1.     S.W.   DOB: 11/11/96     13 year old female    Minnesota

Suspect had a sexually explicit conversation with the minor. He talked to the victim about the dirty thoughts he was having about her breasts and then asked to see her breasts. At this time it is not known whether she sent any photographs of her breasts, but she did give her phone number.

2.     T.M.          14 year old female

On October 3, 2009, the suspect emailed a picture of an erect penis to T.M. Her profile states that she is 14 years old.

3.     A.C.   DOB: 05/02/96     13 year old female    California

The victim in this case was interviewed by law enforcement and disclosed that she met the suspect online at MyYearbook.com. They were talking about the "booty shorts" that she was wearing and she sent him a picture of them. He asked for her to take them off. She states she did not do this. A couple days later, the suspect asked the victim to send him a picture of her without a shirt. She said that she didn't want to do this but that he kept asking over and over for her to send it and she finally sent a picture of her bare breasts.

4.     M.V.          15 year old female

On October 3, 2009, the suspect emailed a picture of an erect penis to M.V. Her profile states that she is 14 years old.

5.     N.Z.                 14 year old female    New Hampshire

Sexual conversation between the victim and suspect started with talking about nude pictures. The victim indicates in her messages that she doesn't know him so she's not going to send any photographs to him. He asks for the photos and then says he wants to touch her. The suspect then proceeds to tell the victim how he likes having sex with a girl, how large his penis is and asks her sexual experience. Suspect talks to the victim again about sexual preferences and how often she masturbates.

6. M.M. 14 year old female Michigan

On December 5, 2009, the suspect sent M.M. a picture of an erect penis. Suspect asks the victim for a "dirty pic" of her. She stated she'd get into trouble but that she would. It is unknown what picture the victim sent to the suspect as it is not included in the message. Her profile stated that she was 14 years old.

7. I. L. 15 year old female Florida

On December 5, 2009, the suspect sent I.L. a picture of an erect penis. Suspect initiated a sexual conversation with the victim about her vagina saying he wants to see how "wet" she is. The victim said she'd send a picture but that she was menstruating. He said he didn't mind. When the victim was talking about masturbating he told her to take pictures. Her profile stated that she was 15 years old.

8. J.G. 14 year old female

On December 15, 2009, the suspect sent J.G. a picture of an erect penis. Her profile stated that she was 14 years old.

9. J. S. 16 year old female California
The victim tells the suspect she is 16 years old and the suspect tells her that he's 18 years old.

### Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

Susan Righthouse
Special Deputy, USMS

7