AO 442

Unsealed 2/10/10

~~SEALED~~

M JS

# United States District Court
PLEASE RECEIPT AND RETURN

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

DAVID E. DELGROSSO

**WARRANT FOR ARREST**

CASE NUMBER: '10 MJ 0436

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        DAVID E. DELGROSSO

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 U.S.C. § 1470 Sending Obscene Material to a Minor 2252(a)(4)(B) Possession of Images of Minors Engaged in Sexually Explicit Conduct

In violation of Title    18    United States Code, Section(s)    1470

W. Samuel Hamrick, Jr.                           Clerk of the Court

Signature of Deputy                              Date and Location    2-9-10 San Diego CA

Bail fixed at $ To be Set in Court               by    NITA L. STORMES
                                                       U.S. MAGISTRATE JUDGE
                                                       (SEAL)

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

