

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Criminal Case No. '10 CR 805   DMS
                                    )
              Plaintiff,            )
                                    ) **I N F O R M A T I O N**
    v.                              )
                                    ) Title 18 U.S.C., Sec. 2422(b) -
DAVID E. DELGROSSO,                 ) Enticement of a Minor
                                    )
              Defendant.            )
                                    )

The United States Attorney charges:

Beginning in or about and between October 2009 to about January 2010, within the Southern District of California, and elsewhere, defendant DAVID E. DELGROSSO using a facility and means of interstate and foreign commerce, including the mail and by a computer, did knowingly persuade, induce, entice, and coerce, a minor to engage in unlawful sexual activity for which a person could be charged with a criminal offense, including but not limited to 18 U.S.C. Section 2251, sexual exploitation of a minor; in violation of Title 18, United States Code, Section 2422(b).

DATED: March 11, 2010.

KAREN P. HEWITT
United States Attorney

MATTHEW J. GARDNER
Assistant U.S. Attorney