

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   Criminal No. **10CR805-DMS**
                                    )
11                 Plaintiff,       )   **FINDINGS AND RECOMMENDATION OF**
                                    )   **THE MAGISTRATE JUDGE UPON A**
12  v.                              )   **PLEA OF GUILTY**
                                    )
13  **DAVID E. DELGROSSO**,         )
                                    )
14                 Defendant.       )
                                    )
15  _____

16       Upon Defendant's request to enter a plea of Guilty to
17  Count 1 of the INFORMATION pursuant to Rule 11 of the Federal
18  Rules of Criminal Procedure, this matter was referred to the
19  Magistrate Judge by the District Judge, with the written consents
20  of the Defendant, counsel for the Defendant, and counsel for the
21  United States.
22       Thereafter, the matter came on for a hearing on Defendant's
23  plea of guilty, in full compliance with Rule 11, Federal Rules of
24  Criminal Procedure, before the Magistrate Judge, in open court
25  and on the record.
26       In consideration of that hearing and the allocution made by
27  the Defendant under oath on the record and in the presence of
28  counsel, and the remarks of the Assistant United States Attorney,

**I make the following FINDINGS - that the Defendant understands:**

1. the right to persist in a plea of "not guilty";
2. the right to a speedy and public trial;
3. the right to be tried by a jury, or the ability to waive that right and have a judge try the case without a jury;
4. the right to the assistance of counsel at trial;
5. that, at trial, there would be the right to confront and cross-examine the witnesses against the Defendant;
6. that, at trial, there is the right to present a defense, and the right to have witnesses subpoenaed to testify on the Defendant's behalf;
7. that, at trial, the Defendant would have the right against compelled self-incrimination;
8. the nature of the charge filed in this case;
9. the maximum possible sentence that could be imposed (including imprisonment, fine, term of supervised release, and mandatory special assessment), the effect of a supervised release term, and that the sentencing guidelines are only advisory so that the Court may sentence Defendant up to the statutory maximum;
10. the terms of the plea agreement;

**I further find that:**

11. that Defendant's plea of guilty is made knowingly and voluntarily;
12. the Defendant is competent to enter a plea; and
13. there is a factual basis for Defendant's plea.

I therefore **RECOMMEND** that the District Judge accept the Defendant's plea of guilty.

The sentencing hearing will be before United States District **Judge DANA M. SABRAW, on FEBRUARY 4, 2011, at 9:00 A.M.**.

Objections to these Findings and Recommendations are waived by the parties if not made within 14 days of the hearing.

Dated: NOVEMBER 16, 2010

Honorable NITA L. STORMES
United States Magistrate Judge

Copies to:

Hon. DANA M. SABRAW
U.S. District Judge

Assistant United States Attorney

ROBERT H. REXRODE, III, CJA.
Counsel for Defendant